IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSRAM SYLVANIA PRODUCTS INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 05-223E<br>) |
| RICHARD ALBAUGH,<br>PHILLIP L. SARVER,<br>JOHN E. MCCOAN, and<br>BARTON PROTECTIVE SERVICES LLC, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Dismiss Claims against Defendant John E. McCoan Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(2). (Doc. 49)

On December 18, 2006, an Order was entered by this Court dismissing Defendant John E. McCoan from the case pursuant to Fed.R.Civ.P. 25(a)(1). (Doc. 47) Accordingly, Plaintiff's Motion to Dismiss Claims against Defendant John E. McCoan Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(2) is DENIED as moot.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge

1/16/2007